IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

    **Plaintiff,**

v.                                                    Case No. 4:24-cv-51-AW-MAF

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommends dismissal based on Plaintiff's failure to comply with court orders and failure to pay the filing fee or file a proper IFP motion (among other reasons). ECF No. 18. Plaintiff has not filed any objection.

I now adopt the report and recommendation to the extent it concludes dismissal is proper based on the failures noted above. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to pay the filing fee or file a proper IFP motion." The clerk will then close the file.

Finally, I note that the magistrate judge is correct that if Plaintiff seeks to challenge his state-court conviction, he cannot do so through a § 1983 action.

SO ORDERED on April 18, 2024.

                                                   s/ *Allen Winsor*
                                                   United States District Judge